PROB 12C
(6/16)

Report Date: April 15, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 19, 2021

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Noe Angel Gonzalez-Martinez          Case Number: 0980 2:19CR00111-SMJ-7

Address of Offender:                              Connell, Washington 99326

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge

Date of Original Sentence: January 21, 2021

Original Offense:        Conspiracy to Distribute 500 Grams or More of a Mixture or Substance Containing a
                         Detectable Amount of Methamphetamine and a Mixture or Substance Containing a
                         Detectable Amount of Heroin, 21 U.S.C. §§ 846, and 841 (a)(1), (b)(1)(A)(viii), (b)(1)(C)

Original Sentence:       Prison - 6 days;                 Type of Supervision: Supervised Release
                         TSR - 60 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard            Date Supervision Commenced: January 21, 2021

Defense Attorney:        Curran C. Dempsey               Date Supervision Expires: January 20, 2026

---

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| | Violations 1 and 2 preface combined for brevity: |
| | On January 21, 2021, Mr. Gonzalez-Martinez began his term of supervised release. On January 25, 2021, all the conditions of supervision were reviewed with Mr. Gonzalez-Martinez, which included standard condition number 2, and special conditions number 2 and 3, as noted below. Mr. Gonzalez-Martinez was referred to Merit Resource Services (Merit) for a substance abuse evaluation and to participate in the color line program for random drug testing. Mr. Gonzalez-Martinez was instructed to call the color line daily, Monday through Friday, and to report to Merit for drug testing when his assigned color, gold, was called for the day. |
| 1 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
**Re: Gonzalez-Martinez, Noe Angel**
**April 15, 2021**
**Page 2**

**Supporting Evidence**: Noe Angel Gonzalez-Martinez is considered to be in violation for failing to report for drug testing on February 3 and 8, 2021; March 3 and 8, 2021; and April 8 and 9, 2021.

On February 4, 2021, Merit reported Mr. Gonzalez-Martinez failed to report for drug testing on February 3, 2021. Mr. Gonzalez-Martinez indicated he did not report for drug testing because he misunderstood the color line instructions. He was again instructed to call the color line daily, Monday through Friday, and to report to Merit for drug testing if his assigned color, gold, was called.

On February 9, 2021, Merit reported Mr. Gonzalez-Martinez failed to report for drug testing on February 8, 2021.

On March 4, 2021, Merit reported Mr. Gonzalez-Martinez failed to report for drug testing on March 3, 2021. Mr. Gonzalez-Martinez indicated he could not remember if he called the color line when asked.

On March 9, 2021, Merit reported Mr. Gonzalez-Martinez failed to report for drug testing on March 8, 2021.

Mr. Gonzalez-Martinez admitted not reporting for drug testing on the dates mentioned above because he did not have transportation. Mr. Gonzalez-Martinez did not call the undersigned officer to acknowledge his assigned color was called, or to report his inability to report for drug testing due to lack of transportation, for any of the dates noted above.

On April 9, 2021, Merit reported Mr. Gonzalez-Martinez failed to report for drug testing on April 8, 2021. The undersigned officer made phone contact with Mr. Gonzalez-Martinez on April 9, 2021, and he admitted he forgot to call the color line on April 8, 2021. Mr. Gonzalez-Martinez was instructed to report on this same date to Merit for drug testing. On April 12, 2021, Merit reported Mr. Gonzalez-Martinez failed to report for drug testing on April 9, 2021.

2        **Mandatory Condition # 2**: You must not unlawfully possess a controlled substance. You must refrain from any unlawful use of a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: Noe Angel Gonzalez-Martinez is considered to be in violation for using marijuana on or before March 16, 2021, and April 7, 2021.

On March 16, 2021, Mr. Gonzalez-Martinez reported to Merit and a drug test was collected. The onsite test result for this drug test was positive for marijuana and Merit staff sent the test to Alere Laboratories for confirmation. On March 24, 2021, Mr. Gonzalez-Martinez admitted to the undersigned officer he used marijuana because it was legal in Washington State. On March 26, 2021, the Alere Laboratories report was received confirming the positive result for marijuana.

Prob12C
**Re: Gonzalez-Martinez, Noe Angel**
**April 15, 2021**
**Page 3**

On April 12, 2021, the undersigned officer called Mr. Gonzalez-Martinez and left a voice message instructing him to be home for a drug test on this same date between 4 p.m. and 6 p.m. The undersigned officer and United States Probation Officer David McCary made contact with Mr. Gonzalez-Martinez at his residence for the purpose of completing a drug test. Mr. Gonzalez-Martinez was unable to provide a urine sample to complete a drug test.

While at his residence, the undersigned officer observed a sealed box of fake urine that was in plain view on the kitchen counter. Mr. Gonzalez-Martinez denied ownership when confronted and indicated it was his uncles. Mr. Gonzalez-Martinez and his minor cousin were the only ones at the residence during this visit, and his minor cousin was in his room. Mr. Gonzalez-Martinez admitted to using marijuana on or about April 7, 2021. Mr. Gonzalez-Martinez opened a kitchen drawer and took out a glass jar containing marijuana and a pipe when asked about his drug paraphernalia. Mr. Gonzalez-Martinez admitted to knowing he is restricted from using marijuana.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 15, 2021 |
| | s/Elizabeth Lee |
| | Elizabeth Lee
U.S. Probation Officer |

---

## THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[  ]   Other

Signature of Judicial Officer

04/19/2021

Date